FILED IN OPEN COURT
8.15.12
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                    Case No. 3:12-cr- 131-J-99TJC-JBT

JASON SPURLOCK

## MOTION FOR CAPIAS

The United States of America, by Robert E. O'Neill, United States Attorney for the Middle District of Florida, moves this Court to issue a capias for JASON SPURLOCK, against whom an indictment was returned in the Jacksonville Division of the Middle District of Florida.

Respectfully submitted,

ROBERT E. O'NEILL
United States Attorney

By: _____
RUSSELL C. STODDARD
Assistant United States Attorney
FL Bar No. 0113735
300 North Hogan Street, Suite 700
Jacksonville, Florida 32202-4270
Telephone: (904) 301-6300
Facsimile:  (904) 301-6310