**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

FILED IN OPEN COURT
12/14/2012
CLERK, U S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

vs.                                             CASE NO. 3:12-cr-131-J-99TJC-JBT

JASON SPURLOCK

_____

## NOTICE OF ACCEPTANCE OF GENERAL DISCOVERY

Defendant, JASON SPURLOCK, by and through his undersigned counsel, hereby gives notice of his acceptance of general discovery pursuant to the Court's Standing Order regarding discovery.

By: _____
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished to Russell C. Stoddard, Assistant United States Attorney, 300 North Hogan Street, Suite 7-100, Jacksonville, Florida 32202-4270, by hand, this 14th day of December, 2012.

_____
Attorney