**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**UNITED STATES OF AMERICA**

    **Plaintiff,**

**vs.**                                                   CaseNo.:  3:12-cr-131-J-99TJC-JBT

**JASON SPURLOCK,**

    **Defendant.**
_____/

**NOTICE OF CHANGE OF ADDRESS**

Undersigned counsel hereby gives notice of his change of address to that set forth below for service of all future pleadings, orders, correspondence and other documents.

                                                               Respectfully submitted,

                                                                /s/D. Gray Thomas_____
                                                                D. Gray Thomas, Esquire
                                                                Florida Bar No.: 956041
                                                                Law Office of D. Gray Thomas, P.A.
                                                                865 May Street
                                                                Jacksonville, Florida 32204
                                                               Telephone:  (904) 634-0696
                                                               Facsimile:   (904) 350-0086
                                                               Email:        dgraythomas.law@gmail.com
                                                               COUNSEL FOR DEFENDANT

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court on February 12, 2013, by using the CM/ECF system, which will send notice of electronic filing to Russell C. Stoddard, Esquire, Assistant United States Attorney.

                                      /s/D. Gray Thomas_____
                                      ATTORNEY